**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

KEYA TURNER                                                                                    PLAINTIFF

v.                                            No. 3:15CV00093 JLH

CITY OF WEST MEMPHIS, ARKANSAS                                         DEFENDANT

## ORDER

The City of West Memphis filed a motion to compel and subsequently has filed a motion to withdraw the motion to compel. The motion to withdraw is GRANTED. Document #14. The motion to compel is DENIED AS MOOT. Document #10.

IT IS SO ORDERED this 23rd day of November, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE