# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

KEYA TURNER                                                                                               PLAINTIFF

v.                                           NO. 3:15CV00093 JLH

CITY OF WEST MEMPHIS, ARKANSAS                                                       DEFENDANT

## ORDER

The September 26, 2016, jury trial in Jonesboro, Arkansas, is removed from the Court's docket.

IT IS SO ORDERED this 16th day of September, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE